# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | §    CRIMINAL NO. 4:20-CR-273-ALM-KPJ-1 |
| | § |
| CALVIN DION PIPKIN (1) | § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. The Magistrate Judge entered a Report and Recommendation (Dkt. #99) that Defendant Calvin Dion Pipkin's Motion to Withdraw Guilty Plea Agreement (the "Motion") (Dkt. #98) be granted.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, it is hereby **ORDERED** that the Motion (Dkt. #98) is **GRANTED**, and Defendant is allowed to withdraw his plea of guilty and enter into a new plea agreement pursuant to Rule 11(c)(1)(C) for a term of imprisonment of 135 months.

**SIGNED this 17th day of January, 2024.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE